CRESCENSIO NOVELLO, Appellant, v. NATIONAL TRANSPORTATION CO., INC., Respondent.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Glennon, J., dissent and vote to affirm. Settle order on notice.

JANE JONES, Respondent, v. KINGSLEY JONES, Appellant.— Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

In the Matter of the Arbitration between MONTIFIORE G. KAHN, Appellant, and NATIONAL CITY BANK OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. QUEENSBORO FARM PRODUCTS, INC., Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to affirm; Martin, P. J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GETTY REALTY CORPORATION, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE H. HERK, SAMUEL FUNT and HERMAN SHAPIRO, Appellants.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

CONSTANTINE CHOTRAS, Respondent, v. NICHOLAS TERZAKO, Doing Business under the Name of TERZAKO BROS., Appellant.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of THOMAS F. KAVANAGH, Petitioner, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of EVA LEVINE, Appellant, against MICHAEL J. MURPHY, as Acting Industrial Commissioner of the State of New York, Respondent.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.